FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

C/M ★ JUL 13 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PAUL REDFURN,

        Plaintiff,

  - against -

(3) OFFICERS OF THE NYPD, *et al.*,

        Defendants.

----------------------------------------------------------X

**ORDER**

11-CV-4446 (BMC)(RML)

**COGAN**, District Judge.

  This case is before me on the Report & Recommendation of Magistrate Judge Robert M. Levy dated June 22, 2012 [15], in which he recommended dismissing plaintiff Paul Redfurn's complaint for failure to prosecute. Plaintiff was given fourteen days to object to the Report and Recommendation. Plaintiff has not objected, and his time to do so has expired.

  "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006) (internal quotation marks omitted). Judge Levy's report suffers from no such defect. The Report and Recommendation is therefore adopted in its entirety, and the complaint is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917 (1962).

**SO ORDERED.**

              S/Judge Brian M. Cogan
              _____
                U.S.D.J.

Dated: Brooklyn, New York
    July 13, 2012